# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

CHRISTINE LAV and LUCY LAV

      Plaintiffs,

      v.

LTF CLUB OPERATIONS COMPANY, INC., LTF CLUB MANAGEMENT COMPANY, LLC, and LTF LEASE COMPANY, LLC, d/b/a LIFE TIME ATHLETIC, and LIFESPA,

      Defendants.

Civil Action No.: 4:20-CV-0200

## NOTICE OF REMOVAL

**NOW COMES,** LTF CLUB OPERATIONS COMPANY, INC., LTF CLUB MANAGEMENT COMPANY, LLC, and LTF LEASE COMPANY, LLC, d/b/a LIFE TIME ATHLETIC, and LIFESPA, by and through the undersigned counsel, and timely files this Notice of Removal pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 removing the above-captioned action to the United States District Court for the Eastern District of North Carolina from the Superior Court Division, Wake County, North Carolina, and aver as follows:

1. The above-captioned action was commenced by Plaintiffs against Defendants in the Superior Court Division, Wake County, North Carolina on or about June 5, 2020. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. Defendants were allegedly served with a Summons and Complaint on September 16 and 17, 2020.

3. Defendant LTF Club Operations Company, Inc., d/b/a Life Time Athletic is a corporation which is organized and existing under the laws of the state of Minnesota.

4. Defendant LTF Club Management Company, LLC is a corporation organized and existing under the laws of the state of Delaware.

5. Defendant LTF Lease Company, LLC is a foreign corporation organized and existing under the laws of the state of Delaware.

6. Plaintiffs are citizens and residents of Wake County, North Carolina. *See* Complaint, para. 1.

7. Plaintiffs' Complaint indicates they are seeking in excess of $25,000, as North Carolina State practice permits recovery of damages in excess of the amount demanded in the Complaint, and based on negotiations with Plaintiffs' counsel, Defendants have a reasonable belief that Plaintiffs are seeking in excess of $75,000.

8. Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, this Court has diversity jurisdiction over this suit as there is a diversity of citizenship between the parties and, pursuant to 28 U.S.C. § 1446(a)(ii), Defendants allege that the amount in controversy exceeds the Court's jurisdictional floor of $75,000.00.

9. This Notice of Removal is being filed within thirty (30) days of service of process upon Defendant LTF Lease Company, as required by 28 U.S.C. § 1446(b).

10. The summons allegedly served upon Defendants are attached hereto as Exhibits "B" and "C" as required by 28 U.S.C. § 1446(a).

11. All fees required by law in connection with this notice have been satisfied by Defendants.

**WHEREFORE,** Defendants remove the above-captioned action to the United States District Court for the Eastern District of North Carolina from the Superior Court Division, Wake County, North Carolina.

Respectfully submitted on this the 16th day of October, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ *Christopher J. Derrenbacher*
CHRISTOPHER J. DERRENBACHER
N.C. Bar No. 25402
*Attorney for Defendants*
4101 Lake Boone Trail, Suite 514
Raleigh, North Carolina 27607-3977
Telephone: (919) 821-4020
Facsimile: (919) 829-0055
Email: christopher.derrenbacher@lewisbrisbois.com

# <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that in conformity with Rule 5 of the Rules of Civil Procedure the undersigned has caused a copy of the **NOTICE OF REMOVAL** to be served upon all parties entitled or required to be served by mailing a copy of the document in a properly addressed, postage prepaid wrapper addressed as set forth below. Alternatively, pursuant to Fed. R. Civ. P. 5 and Local Civil Rules 5.4 and 5.5, EDNC, this document has been filed by electronic means in compliance with the rules and service has been effected by electronic means through the Court's transmission facilities as authorized by Rule 5.4 and in conformity with these rules.

Kristin Hart
Merritt Webb Wilson & Caruso, PLLC
Attorney for Plaintiff
P.O. Box 2247
Durham, NC 27702

This the 16th day of October, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s/ *Christopher J. Derrenbacher*
       CHRISTOPHER J. DERRENBACHER
       N.C. Bar No. 25402